UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.                                Case No. 1:07-cr-219

TROY JAMES ROPP,             HON. ROBERT J. JONKER

      Defendant(s).
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on September 25, 2007, for purposes of an arraignment, initial pretrial conference and detention hearing. At that time, defendant advised the court that he did not oppose attention and waived his right to a detention hearing. Accordingly. IT IS HEREBY ORDERED that defendant shall be detained pending further proceedings.

IT IS FURTHER ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate pending sentencing. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

                                            /s/ Timothy P. Greeley
                                            TIMOTHY P. GREELEY
                                            UNITED STATES MAGISTRATE JUDGE

Dated: September 25, 2007